I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY
FIRST CLASS MAIL POSTAGE PREPAID, TO ~~ALL COUNSEL~~ *Petitioner*
~~(OR PARTIES)~~ AT THEIR RESPECTIVE MOST RECENT ADDRESS OF
RECORD IN THIS ACTION ON THIS DATE.

DATED: _11·10·11_

DEPUTY CLERK

JS-6 / ENTERED

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

NOV 1 0 2011

CENTRAL DISTRICT OF CALIFORNIA
BY                        DEPUTY

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

NOV 1 0 2011

CENTRAL DISTRICT OF CALIFORNIA
BY                        DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

PETER FUGAWA,

          Petitioner,

    vs.

ROBERT TRIMBLE, Warden,

          Respondent.

)
)
)
)
)
)
)
)
)
)

Case No. CV 11-6414-JSL (JPR)

**J U D G M E N T**

    Pursuant to the Order Accepting Findings and Recommendations of U.S. Magistrate Judge and Denying Petitioner's Pending Motions,

    IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: _11/9/11_

_Spencer Letts_

J. SPENCER LETTS
UNITED STATES DISTRICT JUDGE

1